AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

FEDERAL DEPOSIT INSURANCE CORPORATION,
  550 17th Street, N.W.
  Washington, D.C. 20429,

           Plaintiff,

    V.

THE ADAM CORPORATION/GROUP,
  1111 Briarcrest Drive, Suite 300,
  Bryan, Texas 77802

           Defendant.

**SUMMONS IN A CIVIL CASE**

Case: 1:07-cv-02163
Assigned To : Urbina, Ricardo M.
Assign. Date : 11/30/2007
Description: Contract

TO: (Name and address of Defendant)

The Adam Corporation/Group
1111 Briarcrest Drive, Suite 300
Bryan, Texas 77802

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David Super
Baker Botts L.L.P.
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON          NOV 30 2007
CLERK          DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 12-03-07 |
| NAME OF SERVER *(PRINT)* Charles Stipe | TITLE Civil Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 1111 Briarcrest Drive Suite 3000 Bryan Texas 77802

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Jim Wolf COO/CFO

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12-03-07        *Charles Stipe*
           Date              Signature of Server

MATRIX INFORMATION SERVICES
Address of Server 3708 E. 29TH SUITE 139
BRYAN, TX 77802

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure