UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>          Plaintiff,<br>v.<br><br>THE ADAM CORPORATION/GROUP,<br><br>          Defendant. | Case No. 1:07-cv-02163 (RMU) |

## APPEARANCE

To the Clerk of Court and all parties of record:

Please enter the appearance of Michael A. Johnson as counsel in this case for The Adam Corporation/Group.

Dated: December 19, 2007

Respectfully submitted,

**ARNOLD & PORTER LLP**

By:_____/s/_____
Michael A. Johnson (D.C. Bar No. 460879)
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
(202) 942-5000
(202) 942-5999 (fax)

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I, Michael A. Johnson, hereby certify that on this 19th day of December 2007, I caused a copy of the foregoing Appearance to be served by electronic mail and first-class mail, postage prepaid, upon:

David A. Super, Esq.
Baker Botts LLP
The Warner
1299 Pennsylvania Ave., NW
Washington, D.C. 20004-2400
(202) 639-7768

*Attorneys for Plaintiff*

　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　Michael A. Johnson, D.C. Bar No. 460879