UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> THE ADAM CORPORATION/GROUP, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:07-cv-02163 (RMU) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DEFENDANT'S UNOPPOSED MOTION
## TO ENLARGE TIME TO RESPOND TO COMPLAINT

Pursuant to Fed. R. Civ. P. 6 and 12, and LCvR 7, Defendant respectfully requests that its time to move, answer or otherwise respond to Plaintiff's Complaint be enlarged to and include February 7, 2008. This is Defendant's first request for an enlargement. Counsel for Defendant has conferred with Plaintiff's counsel regarding this request, to which Plaintiff has agreed. A proposed order is attached.

Dated: December 19, 2007

Respectfully submitted,

**ARNOLD & PORTER LLP**

By: ___/s/___
Kent A. Yalowitz
   (*Pro Hac Vice* Motion Pending)
Erik C. Walsh
   (*Pro Hac Vice* Motion Pending)

399 Park Avenue
New York, NY 10022
(212) 715-1000
(212) 715-1399

- and -

By: /s/
Michael A. Johnson (D.C. Bar No. 460879)

555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
(202) 942-5000
(202) 942-5999 (fax)

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FEDERAL DEPOSIT INSURANCE )
CORPORATION, )
 )
                Plaintiff, )
v. ) Case No. 1:07-cv-02163 (RMU)
 )
THE ADAM CORPORATION/GROUP, )
 )
                Defendant. )

**[PROPOSED] ORDER
ENLARGING DEFENDANT'S TIME TO RESPOND TO COMPLAINT**

Having read Defendant's unopposed motion to enlarge Defendant's time to respond to Plaintiff's Complaint, considered the arguments and authorities presented therein, and found them sufficient, the Court hereby grants Defendant's motion for good cause shown. Defendant shall move, answer or otherwise respond to Plaintiff's Complaint on or before February 7, 2008.

It is so ORDERED.

_____
Ricardo M. Urbina,
United States District Court Judge

- 3 -

## CERTIFICATE OF SERVICE

I, Michael A. Johnson, hereby certify that on this 19th day of December 2007, I caused a copy of the foregoing Defendant's Unopposed Motion to Enlarge Time to Respond to Complaint to be served via electronic mail and first-class mail, postage prepaid, upon:

David A. Super, Esq.
Baker Botts LLP
The Warner
1299 Pennsylvania Ave., NW
Washington, D.C. 20004-2400
(202) 639-7768

*Attorneys for Plaintiff*

/s/
Michael A. Johnson, D.C. Bar No. 460879