UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>THE ADAM CORPORATION/GROUP, )<br>)<br>Defendant. )<br>) | Case No. 1:07-cv-02163 (RMU) |

**CONSENT MOTION FOR ADMISSION PRO HAC VICE**

COMES NOW, Michael A. Johnson, a member in good standing of the Bar of the District of Columbia, duly admitted to practice law in the Courts of the District of Columbia and this Court, and moves pursuant to LCvR 83.2 for admission *Pro Hac Vice* of Erik C. Walsh in the above-styled case for all purposes in the within action as if he were a duly qualified member in good standing of the Bar of the District of Columbia and of this Court.

Erik C. Walsh is of high moral character and a member in good standing of the Bar of the State of New York and practices with the firm of Arnold & Porter LLP in New York, which has been retained to represent Defendant The Adam Corporation/Group in the above-captioned matter.

WHEREFORE, Michael A. Johnson respectfully moves this Court for an Order admitting Mr. Erik C. Walsh *Pro Hac Vice* as attorney for Defendant The Adam Corporation/Group

Respectfully submitted,

**ARNOLD & PORTER LLP**

By:_____/s/_____
Michael A. Johnson (D.C. Bar No. 460879)
555 Twelfth Street, NW
Washington, DC 20004
(202) 942-5000
(202) 942-5999 (fax)

*Counsel for Defendant*

December 19, 2007
Washington, DC

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, </br></br>            Plaintiff, </br> v. </br></br> THE ADAM CORPORATION/GROUP, </br></br>            Defendant. | ) ) ) ) ) ) ) ) ) ) ) </br></br> Case No. 1:07-cv-02163 (RMU) |

**DECLARATION FOR PRO HAC VICE ADMISSION**

Erik C. Walsh, declares as follows:

1. I am an attorney in good standing before the Bar of the State of New York.

2. I am a member of the law firm of Arnold & Porter LLP, and am counsel for Defendant The Adam Corporation/Group, in the above-styled case. I make the statements herein of my personal knowledge and in support of my Application for Admission *Pro Hac Vice* before this Court.

3. Arnold & Porter LLP has been retained by Defendant The Adam Corporation/Group to litigate this matter, and has asked me to serve as counsel. My office is located at 399 Park Avenue, New York, New York, 10022. My telephone number at that address is (212) 715-1131.

4. I am admitted to the Bar of the State of New York. I have never been disciplined by any bar. I am also a member of the bars of the United States District Court for the Southern District of New York, and the United District Court for the Eastern District of New York.

      5.    I have not been admitted *Pro Hac Vice* to the Bar of this Court within the last two years.

                                       /s/_____
                                                    Erik C. Walsh

December 19, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>    Plaintiff,<br>v.<br><br>THE ADAM CORPORATION/GROUP,<br><br>    Defendant. | Case No.  1:07-cv-02163 (RMU) |

**[PROPOSED] ORDER**

FOR GOOD CAUSE SHOWN, and on Motion duly made before this Court pursuant to LCvR 83.2, it is hereby

**ORDERED** that Erik C. Walsh who is a member in good standing of the Bar of the State of New York be, and hereby is, admitted *Pro Hac Vice* as attorney for Defendant The Adam Corporation/Group, for all purposes in the within action as fully as if he were a duly qualified member in good standing of the Bar of this Court, such admission to continue through the termination of the above-styled action.

SO ORDERED, this _____ day of _____, 2007.


_____, 2007                              _____
Washington, DC                                     UNITED STATES DISTRICT COURT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FEDERAL DEPOSIT INSURANCE )
CORPORATION, )
 )
             Plaintiff, )
v. ) Case No. 1:07-cv-02163 (RMU)
 )
THE ADAM CORPORATION/GROUP, )
 )
             Defendant. )
 )

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that true and correct copies of the Declaration for Admission, Consent Motion for Admission, and Proposed Order for Admission *Pro Hac Vice* were served upon the following counsel of record at the address(es) indicated, by electronic mail and first class mail, postage prepaid, on this 19th day of December, 2007:

David A. Super, Esq.
Baker Botts LLP
The Warner
1299 Pennsylvania Ave., NW
Washington, D.C. 20004-2400
(202) 639-7768

*Counsel for Plaintiff*

                                                 /s/
                                  Michael A. Johnson, D.C. Bar No. 460879