UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>        Plaintiff,<br>v.<br><br>THE ADAM CORPORATION/GROUP,<br><br>        Defendant. | )<br>)<br>)<br>)<br>) Case No. 1:07-cv-02163 (RMU)<br>)<br>)<br>)<br>)<br>) |

## APPEARANCE

To the Clerk of Court and all parties of record:

Please enter the appearance of Kent A. Yalowitz as counsel in this case for The Adam Corporation/Group.

Dated: December 20, 2007

Respectfully submitted,

**ARNOLD & PORTER LLP**

By: /s/ Kent Yalowitz
Kent A. Yalowitz
399 Park Avenue
New York, New York
(212) 715-1113
(212) 715-1399 (fax)

*Attorneys for Defendant*

- 2 -

## CERTIFICATE OF SERVICE

I, Kent A. Yalowitz, hereby certify that on this 20th day of December 2007, I caused a copy of the foregoing Appearance to be served by electronic mail and first-class mail, postage prepaid, upon:

David A. Super, Esq.
Baker Botts LLP
The Warner
1299 Pennsylvania Ave., NW
Washington, D.C. 20004-2400
(202) 639-7768

*Attorneys for Plaintiff*

/s/ Kent Yalowitz
Kent A. Yalowitz