UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION,<br>550 17th Street, N.W.,<br>Washington, D.C. 20429,<br><br>Plaintiff,<br><br>vs.<br><br>THE ADAM CORPORATION/GROUP,<br>1111 Briarcrest Drive, Suite 300,<br>Bryan, Texas 77802,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) No. 1:07-cv-02163 RMU<br>)<br>)<br>)<br>) APPEARANCE<br>)<br>)<br>)<br>)<br>) |

To the Clerk of this court and all parties of record:

Please enter the appearance of Sheila Kadagathur (D.C. Bar No. 500647) as counsel in this case for: Federal Deposit Insurance Corporation.

Dated: December 31, 2007

Respectfully submitted,

Sheila J. Kadagathur (D.C. Bar No. 500647)
BAKER BOTTS L.L.P.
The Warner
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Tel.: (202) 639-7700
Fax: (202) 639-7890

Attorney for Plaintiff
Federal Deposit Insurance Corporation