UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, 550 17th Street, N.W., Washington, D.C. 20429, | ) ) ) ) ) | |
| Plaintiff, | ) ) | No. 1:07-cv-02163 RMU |
| vs. | ) ) ) | |
| THE ADAM CORPORATION/GROUP, 1111 Briarcrest Drive, Suite 300, Bryan, Texas 77802, | ) ) ) ) | |
| Defendant. | ) ) ) | |

## PRAECIPE REGARDING TRANSFER OF RELATED CASE NO. 1:08-CV-00753

On April 30, 2008, the Federal Deposit Insurance Corporation ("FDIC") filed a Motion to Consolidate This Action With Transferred Action From The Northern District of Texas And Request For Expedited Ruling On Pending Motion to Compel Arbitration (the "Motion"). The Motion requested that the Court consolidate this action with a related action captioned *The Adam Corporation/Group et al. v. FDIC,* No. 3:07-CV-1933-L (the "Texas Action"), which was transferred from the U.S. District Court for the Northern District of Texas.

On May 5, the FDIC received notice that the Texas Action has been assigned case number 1:08-CV-00753. The Texas Action was designated as related to this case and assigned to Judge Urbina pursuant to Local Civil Rule 40.5.

Dated:  May 6, 2008

Respectfully submitted,

Claire L. McGuire (D.C. Bar No. 247924)
Larry L. Goodman (D.C. Bar No. 421980)
Leslie A. Conover (D.C. Bar No. 366826)
Bruce C. Taylor
John A. Davidovich
Shane C. Kiernan
FEDERAL DEPOSIT
INSURANCE CORPORATION
3501 Fairfax Drive
Arlington, VA 22226
Tel:  (703) 562-2390
Fax: (703) 562-2481

Kirk K. Van Tine (D.C. Bar No. 257139)
David A. Super (D.C. Bar No. 429359)
Samuel J. Waldon (D.C. Bar No. 441885)
Sheila J. Kadagathur (D.C. Bar No. 500647)
BAKER BOTTS L.L.P.
The Warner
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Tel.:  (202) 639-7700
Fax:  (202) 639-7890

*Attorneys for Plaintiff*
*Federal Deposit Insurance Corporation*

## Certificate of Service

I HEREBY CERTIFY that on this 6th day of May, 2008, a true and correct copy of the foregoing Praecipe Regarding Transfer Of Related Case No. 1:08-CV-00753 was served by United States Mail, first class postage pre-paid, upon the following counsel:

Kent A. Yalowitz
Erik C. Walsh
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022

Michael A. Johnson
ARNOLD & PORTER LLP
555 12th Street, NW
Washington, DC 20004

Benjamin King
Andrew Baxter Ryan
DIAMOND MCCARTHY LLP
1201 Elm Street, Suite 3400
Dallas, TX 75270

Attorneys for TACG

Brian T. Morris
WINSTEAD SECHREST & MINICK
5400 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270

Attorneys for Citibank, N.A.