UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FEDERAL DEPOSIT INSURANCE
CORPORATION,

            Plaintiff,

– AGAINST –

THE ADAM CORPORATION/GROUP,

            Defendant.

No. 1:07-cv-02163 (RMU)

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION
TO CONSOLIDATE AND REQUEST FOR AN EXPEDITED RULING
ON PENDING MOTION TO COMPEL ARBITRATION**

      The FDIC seeks to have this action consolidated with an action that was filed by TACG in the Northern District of Texas (the "TACG Action") and transferred to this Court under the Fifth Circuit's first-to-file rule so that this Court may determine the proper forum and venue for resolution of the parties' dispute.  The Northern District of Texas did not rule on the motion to compel arbitration and expressed no opinion on the propriety of a transfer under 28 U.S.C. § 1404(a).  The TACG Action has been docketed in this Court as *The Adam Corporation/Group et al. v. Federal Deposit Insurance Corporation*, No. 1:08-cv-753 (RMU).

      Although the FDIC's consolidation motion misstates a number of facts relevant to the ultimate merits of the two actions, these errors need not be addressed here.  TACG agrees that consolidation would serve the interests of convenience and economy of the Court and the parties.  Accordingly, TACG does not oppose the FDIC's motion to consolidate.

      Now pending in the TACG Action is TACG's motion to compel arbitration or, in the

alternative, to transfer to the Northern District of Texas pursuant to 28 U.S.C. § 1404(a).

TACG joins the FDIC's request for an expedited ruling on the pending motion to compel arbitration. Expedited resolution of the motion to compel arbitration would comport with the intent and purpose of the Federal Arbitration Act, namely "to move parties to an arbitrable dispute out of the court and into arbitration as quickly and easily as possible." *Moses H. Cone Memorial Hospital v. Mercury Construction Corp.*, 460 U.S. 1, 22 (1983); *see also* 9 U.S.C. § 4 (providing that a motion to compel arbitration is ripe for decision upon 5 days notice).

TACG respectfully requests that the Court consolidate the two actions and resolve the motion to compel arbitration on an expedited basis.

Dated: New York, New York
       May 14, 2008

>                   Respectfully submitted,
>
>                   **ARNOLD & PORTER LLP**
>
>                   By: /s/ Kent A. Yalowitz
>                       Kent A. Yalowitz (admitted *pro hac vice*)
>                       Erik C. Walsh (admitted *pro hac vice*)
>                       399 Park Avenue
>                       New York, New York  10022
>                       (212) 715-1000
>                       (212) 715-1399 (fax)
>
>                          - and -
>
>                       Michael A. Johnson (D.C. Bar No. 460879)
>                       555 Twelfth Street, N.W.
>                       Washington, D.C.  20004-1206
>                       (202) 942-5000
>                       (202) 942-5999 (fax)
>
>                       *Attorneys for Defendant The Adam Corporation/ Group*