UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION,<br>550 17th Street, N.W.,<br>Washington, D.C. 20429,<br><br>    Plaintiff,<br><br>vs.<br><br>THE ADAM CORPORATION/GROUP,<br>1111 Briarcrest Drive, Suite 300,<br>Bryan, Texas 77802,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) No. 1:07-cv-02163 RMU<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUBSTITUTION OF APPEARANCES

MADAME CLERK:

Pursuant to Local Rule 83.6(a) of the Rules of the United States District Court for the District of Columbia, please enter the appearances of the following as attorneys for the Federal Deposit Insurance Corporation, Solely in its Capacity as Manager of the FSLIC Resolution Fund, in this matter:

    D. Christopher Ohly (DC Bar No. 486370)
    SCHIFF HARDIN, LLP
    1666 K Street, NW
    Suite 300
    Washington, DC 20006
    Tel:    202.778.6458
    Fax:    202.778.6460
    Email: dcohly@schiffhardin.com

    Antony S. Burt
    Matthew C. Crowl
    SCHIFF HARDIN, LLP
    6600 Sears Tower

>Chicago, Illinois 60606
>Tel:   312.258.5762
>Fax:   312.258.5600
>Email: aburt@schiffhardin.com
>
>*Attorneys for the Federal Deposit
>Insurance Corporation, Solely in its Capacity
>as Manager of the FSLIC Resolution Fund*

Pursuant to Local Rule 83.6(b) of the Rules of the United States District Court for the District of Columbia, please note the withdrawal of the following as attorneys for the Federal Deposit Insurance Corporation in the captioned matter:

>Kirk K. Van Tine (D.C. Bar No. 257139)
>David A. Super (D.C. Bar No. 429359)
>Samuel J. Waldon (D.C. Bar No. 441885)
>Ryan E. Bull (D.C. Bar No. 481743)
>Sheila J. Kadagathur (D.C. Bar No. 500647)
>BAKER BOTTS L.L.P.
>The Warner
>1299 Pennsylvania Avenue, NW
>Washington, DC 20004
>Tel.: (202) 639-7700
>Fax: (202) 639-7890

Dated: July 29, 2008                      Respectfully submitted,

>By: _____
>D. Christopher Ohly (DC Bar No. 486370)
>SCHIFF HARDIN, LLP
>1666 K Street, NW
>Suite 300
>Washington, DC 20006
>Tel:   202.778.6458
>Fax:   202.778.6460
>Email: dcohly@schiffhardin.com
>
>*Attorneys for the Federal Deposit
>Insurance Corporation, Solely in its Capacity
>as Manager of the FSLIC Resolution Fund*

FEDERAL DEPOSIT
INSURANCE CORPORATION

By: /s/ Leslie A. Conover
Claire L. McGuire (D.C. Bar No. 247924)
Larry L. Goodman (D.C. Bar No. 421980)
Leslie A. Conover (D.C. Bar No. 366826)
Bruce C. Taylor
John A. Davidovich
FEDERAL DEPOSIT
INSURANCE CORPORATION
3501 Fairfax Drive
Arlington, VA 22226
Tel: (703) 562-2390
Fax: (703) 562-2481


By: _____
Kirk K. Van Tine (D.C. Bar No. 257139)
David A. Super (D.C. Bar No. 429359)
Samuel J. Waldon (D.C. Bar No. 441885)
Ryan E. Bull (D.C. Bar No. 481743)
Sheila J. Kadagathur (D.C. Bar No. 500647)
BAKER BOTTS L.L.P.
The Warner
1299 Pennsylvania Avenue, NW
Washington, DC 20004
*Withdrawing Counsel*


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Substitution of Counsel was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following as indicated on the service list below ("CM/ECF"). I hereby further certify that on July 28, 2008, I served a copy of the Substitution by United States Mail, first class postage pre-paid, upon the following counsel:

Kent A. Yalowitz
Erik C. Walsh
ARNOLD & PORTER LLP

FEDERAL DEPOSIT
INSURANCE CORPORATION


By: _____
Claire L. McGuire (D.C. Bar No. 247924)
Larry L. Goodman (D.C. Bar No. 421980)
Leslie A. Conover (D.C. Bar No. 366826)
Bruce C. Taylor
John A. Davidovich
FEDERAL DEPOSIT
INSURANCE CORPORATION
3501 Fairfax Drive
Arlington, VA 22226
Tel: (703) 562-2390
Fax: (703) 562-2481


By: _____
Kirk K. Van Tine (D.C. Bar No. 257139)
David A. Super (D.C. Bar No. 429359)
Samuel J. Waldon (D.C. Bar No. 441885)
Ryan E. Bull (D.C. Bar No. 481743)
Sheila J. Kadagathur (D.C. Bar No. 500647)
BAKER BOTTS L.L.P.
The Warner
1299 Pennsylvania Avenue, NW
Washington, DC 20004
*Withdrawing Counsel*


**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Substitution of Counsel was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following as indicated on the service list below ("CM/ECF"). I hereby further certify that on July 29, 2008, I served a copy of the Substitution by United States Mail, first class postage prepaid, upon the following counsel:

Kent A. Yalowitz
Erik C. Walsh
ARNOLD & PORTER LLP

399 Park Avenue
New York, NY 10022

Michael A. Johnson
555 12th Street, N.W.
Washington, D.C. 20004

Attorneys for TACG

Brian T. Morris
5400 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270

Attorney for Citibank, N.A.

Kirk K. Van Tine (D.C. Bar No. 257139)
David A. Super (D.C. Bar No. 429359)
Samuel J. Waldon (D.C. Bar No. 441885)
Ryan E. Bull (D.C. Bar No. 481743)
Sheila J. Kadagathur (D.C. Bar No. 500647)
BAKER BOTTS L.L.P.
The Warner
1299 Pennsylvania Avenue, NW
Washington, DC 20004
*Withdrawing Counsel*

_____
D. Christopher Ohly (DC Bar No. 486370)
SCHIFF HARDIN, LLP
1666 K Street, NW
Suite 300
Washington, DC 20006
Tel:   202.778.6458
Fax:   202.778.6460
Email: dcohly@schiffhardin.com

*Attorneys for the Federal Deposit
Insurance Corporation, Solely in its Capacity
as Manager of the FSLIC Resolution Fund*

Claire L. McGuire (D.C. Bar No. 247924)
Larry L. Goodman (D.C. Bar No. 421980)
Leslie A. Conover (D.C. Bar No. 366826)
Bruce C. Taylor
John A. Davidovich
FEDERAL DEPOSIT
INSURANCE CORPORATION
3501 Fairfax Drive
Arlington, VA 22226
Tel: (703) 562-2390
Fax: (703) 562-2481

CH2\2635356.1